1  Matt Olavi, Esq. (Bar No. 265945)
     molavi@olavidunne.com
2  Brian J. Dunne, Esq. (Bar No. 275689)
3    bdunne@olavidunne.com
   **OLAVI DUNNE LLP**
4  800 Wilshire Blvd., Suite 320
5  Los Angeles, California 90017
   Telephone: (213) 516-7900
6  Facsimile: (213) 516-7910

FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

*Attorneys for Plaintiff Eclipse IP LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC, a Florida Limited Liability Company, | Case No. CV13-7153 MWF (FFMx) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | |
| RIDECHARGE, INC., a Delaware Corporation, | |
| Defendant. | |

NOTICE OF RELATED CASES

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT, the following cases filed in the United States District Court for the Central District of California and pending in that Court are related to this action under Local Rule 83-1.3:

*Eclipse IP LLC v. Flywheel Software, Inc.*, Case No. 2:13-cv-06371-SJO-JC (the "Flywheel Action"); and

*Eclipse IP LLC v. Groundlink, LLC et al.*, Case No. 2:13-cv-07038-GW-AS (the "Groundlink Action").

In this action, Eclipse IP LLC ("Eclipse") is asserting claims for infringement of United States Patent Nos. 7,064,681 ("the '681 patent") and 7,538,691 ("the '691 patent") against RideCharge, Inc. ("RideCharge").

In the Flywheel and Groundlink Actions, Eclipse is also asserting claims for infringement of the '681 and '691 patents against other on-demand car service companies that, like RideCharge, offer an electronic service that allows users to use their smartphone or table to request a pickup from a given location. Therefore, this case will involve overlapping issues of law and fact, including claim construction and validity of the '681 and '691 patents.

///

///

///

---

**NOTICE OF RELATED CASES**

As such, the cases identified above are likely to raise the same or substantially identical questions of fact and law as this action, and are likely to entail substantial duplication of labor if heard by different judges.

DATED: September 27, 2013

OLAVI DUNNE LLP

By: /s/ Olavi

Matt Olavi
Brian J. Dunne
*Attorneys for Plaintiff
Eclipse IP LLC*

2

**NOTICE OF RELATED CASES**