UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | C V 13-07153 SJO (JCx) | Date | January 15, 2014 |
|---|---|---|---|
| Title | Eclipse IP LLC v. Ridecharge Inc | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    IN CHAMBERS:

The Court strikes the Stipulation for Extension of Time to File Answer to January 2, 2014, re Amended Complaint [20] filed by Defendant Ridecharge Inc. on 01/03/2014 and the Stipulation for Extension of Time to File Answer to January 17, 2014, re Amended Complaint [21] filed by Defendant Ridecharge Inc. on 01/03/2014, for failure to comply with this Court's Standing Order regarding mandatory chamber's copies, and Local Rules 5-4.4 Submission of Proposed Orders, Judgments, or Other Proposed Documents That Require a Judge's Signature and 5-4.5 Mandatory Chambers Copies.   Additionally, attorney Christopher C Campbell has not formally applied for Pro Hac Vice in this matter.

Accordingly, Plaintiff is hereby ordered to show cause in writing by not later than **January 21, 2014,** why this action should not be dismissed for lack of prosecution.

The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

Answer by the Defendant(s) or Plaintiff's request for entry of default;

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the court's Order may result in the dismissal of the action.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | vpc |